IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0033
 ((((((((((((((((

 James Anderson, Patricia Anderson, Jack Crowder, Cathy Crowder, Gary Dzyak,
 George Rosemeier, Evelyn Rosemeier, Toby Simmons, And Peggy Simmons,
 Petitioners

 v.

 Crown Central LLC, et al., Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the suggestion of bankruptcy of Houston Refining LP
f/k/a Lyondell-Citgo Refining LP and Houston Refining LP f/k/a Lyondell-
Citgo Refining Company, Ltd., filed with this Court on January 20, 2009,
this case is ABATED effective as of January 7, 2009.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 30th day of January, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas
 By Claudia Jenks, Chief Deputy Clerk